IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rennie, Rowena M

Printed: 01/13/09

Case Number: 04 B 31966
Judge: Hollis, Pamela S
Filed: 10/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 5, 2008
Confirmed: December 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,220.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 18,425.44 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,616.60 |
| Trustee Fee: |  | 1,117.96 |
| Other Funds: |  | 60.00 |
| Totals: | 21,220.00 | 21,220.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gregory K Stern PC | Administrative | 1,616.60 | 1,616.60 |
| 2. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 2,411.03 | 5,548.32 |
| 4. | ECast Settlement Corp | Unsecured | 3,345.17 | 7,698.00 |
| 5. | Chase Manhattan Bank USA | Unsecured | 2,250.59 | 5,179.12 |
| 6. | Bank One | Unsecured |  | No Claim Filed |
| 7. | America OnLine | Unsecured |  | No Claim Filed |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Bank One | Unsecured |  | No Claim Filed |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 12. | Northwestern Medical Faculty | Unsecured |  | No Claim Filed |
| 13. | United Healthcare | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,623.39 | $ 20,042.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 63.96 |
| 4% | 28.75 |
| 3% | 86.91 |
| 5.5% | 227.71 |
| 5% | 22.99 |
| 4.8% | 88.32 |
| 5.4% | 447.53 |
| 6.6% | 151.79 |
|  | $ 1,117.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Rennie, Rowena M

Printed: 01/13/09

Case Number:  04 B 31966
Judge:  Hollis, Pamela S
Filed:  10/26/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

